**FILED**

JUN 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08CR 468 |
| ) | |
| v. ) | Violation: Title 18, United States |
| ) | Code, Section 641 |
| MONIQUE C. STEWARD ) | |

**MAGISTRATE JUDGE NOLAN**

The UNITED STATES ATTORNEY charges:

Beginning as early as February 18, 2004 and continuing through on or about August 10, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

MONIQUE C. STEWARD,

defendant herein, did embezzle, steal, purloin, and knowingly convert to her own use money of the United States, namely, in excess of $900 in payroll compensation from the Internal Revenue Service, to which she was not entitled;

In violation of Title 18, United States Code, Section 641.

_____
UNITED STATES ATTORNEY