Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 468 - 1 | **DATE** | 06/20/08 |
| **CASE TITLE** | USA vs. Monique C Steward | | |

**DOCKET ENTRY TEXT**

**Arraignment proceedings held.** Defendant sworn and informed of her rights. Defendant waives formal reading of the Information and enters a plea of guilty as to count 1. Judgment of guilty is entered. Enter Plea Agreement. Cause is referred to the U.S. Probation Office for the preparation of a pre-sentence investigation report. Parties are further given until 10/27/08 to submit to the Court any other sentencing memorandum or other position papers. Any motion(s) or objection(s) to the advisory sentence guideline calculations must be filed in writing with a courtesy copy delivered to this Court's Courtroom Deputy. Sentencing is set for 11/03/08 at 1:00 p.m. Agreed conditions of release entered. Time is ordered excluded in the interest of justice from 06/20/08 to and including 11/03/08 pursuant to 18:3161 (h)(8)(A). (X-T)

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | LXS |
|---|---|---|