# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

| IN UNITED STATES | ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF | U.S. vs. Monique Steward | FOR<br>AT | |

**FILED**
JUN 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| MONIQUE STEWARD | 1 ☐ Defendant—Adult<br>2 ☐ Defendant—Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Parole Violator<br>6 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☐ Other | Magistrate<br><br>District Court<br>08CR468<br>Court of Appeals |
| CHARGE/OFFENSE (describe if applicable & check box →)<br>18 USC 641 | ☐ Felony<br>☒ Misdemeanor | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: IRS, 401 W. Peachtree St., Atlanta, GA
IF YES, how much do you earn per month? $ 2678 - gross
IF NO, give month and year of last employment. How much did you earn per month? $ ___

If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 4400 - gross
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED $ ___　SOURCES ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No　IF YES, state total amount $ 250-

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE ___　DESCRIPTION ___

**DEPENDENTS**
MARITAL STATUS: ☒ SEPARATED OR DIVORCED
Total No. of Dependents: 3
List persons you actually support and your relationship to them: ___

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | $ | $ 1150 - |
| Utilities - Water - Garbage - Cable - phone | | $ | $ 860 - |
| Day Care | | $ | $ 1320 - |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6-20-08

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶ *Monique Steward*